UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, and GEORGE P. SMITH, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>JO ANNE B. BARNHART, Commissioner of the Social Security Administration, in her official capacity, and SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendants. | Case No.: C-05-4696 (MJJ)<br><br>[Proposed Order]<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Court has rescheduled the Case Management Conference from April 11, 2006, to April 18, 2006 at 2:00 p.m. The parties are instructed to file a Joint Case Management Statement, pursuant to Civil L.R. 16-9, 10 days prior to the Case Management Conference.

DATED: 3/9/2006

BY THE COURT:

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE