UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, and DOROTHY JACKSON, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

JO ANNE B. BARNHART, Commissioner of the Social Security Administration, in her official capacity, and SOCIAL SECURITY ADMINISTRATION,

    Defendants.

Case No.: C-05-4696 (MJJ)

[Proposed] Order

**ORDER RESCHEDULING HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS AND GRANTING DEFENDANTS' EXTENSION OF TIME TO FILE REPLY BRIEFS**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing date on Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion to Dismiss is rescheduled for ~~June 27, 2006~~, and that Defendants' reply briefs are due no later than June 6, 2006. *   July 18, 2006

DATED: 5/15/2006

BY THE COURT:

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

\* The Case Management Conference set for July 18, 2006 is vacated and is reset for Tuesday, August 29, 2006 at 2:00 p.m. Joint Case Management due August 21, 2006.