**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   AMERICAN COUNCIL OF THE BLIND ET            No. C05-04696 MJJ

12   AL,                                          **ORDER RE-SETTING HEARING DATE
                                                  ON DEFENDANTS' MOTIONS TO**
13              Plaintiff,                         **DISMISS**

14      v.

15   BARNHART ET AL,

16              Defendant.
                                          /
17

18        Pending before the Court are Defendants' Motions to Dismiss (Doc. #18, #19), currently set for

19   hearing before the Court on July 18, 2006.  Due to scheduling conflicts, the Court hereby re-sets the

20   hearing on these Motions for **9:30 a.m. on August 29, 2006** before Judge Jenkins.  Further, the Case

21   Management Conference currently set for August 29, 2006, is **VACATED** and **RE-SET** for **2:00 p.m.**

22   **on September 26, 2006**.  The parties' Joint Case Management Statement shall be due 10 days before

23   the Case Management Conference.

24

25   **IT IS SO ORDERED.**

26

27

28   Dated: 6/1/2006
                                          MARTIN J. JENKINS
                                          UNITED STATES DISTRICT JUDGE