UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, and DOROTHY JACKSON, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

JO ANNE B. BARNHART, Commissioner of the Social Security Administration, in her official capacity, and SOCIAL SECURITY ADMINISTRATION,

Defendants.

Case No.: C-05-4696 (MJJ)

[~~Proposed~~] Order

**ORDER RE-SETTING HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS AND GRANTING DEFENDANTS A THREE-DAY EXTENSION TO FILE REPLY BRIEFS**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on Defendants' motions to dismiss is set for September 12, 2006, and Defendants' reply briefs are due no later than June 9, 2006.

DATED: 6/6/2006

BY THE COURT:

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE