# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH and DOROTHY JACKSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of the Social Security Administration, in her official capacity, and SOCIAL SECURITY ADMINISTRATION<br><br>Defendants. | Case No.: C-05-4696 (MJJ)<br><br>(~~Proposed~~) Order<br><br>**ORDER RE-SETTING HEARING DATE OF DEFENDANTS' MOTIONS TO DISMISS** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on Defendants' motions to dismiss is rescheduled for Tuesday, ~~January 30, 2007 at 9:30 AM~~.

February 6, 2007 at 9:30 AM.

DATED: __10/10/2006__

BY THE COURT:

*/s/ Martin J. Jenkins*
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

1