E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, and GEORGE P. SMITH on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner of the Social Security Administration, in his official capacity, and SOCIAL SECURITY ADMINISTRATION<br><br>Defendants. | Case No.: C-05-4696<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE PRESENTLY SCHEDULED FOR MARCH 13, 2007 AND SETTING A STATUS CONFERENCE FOR MAY 15, 2007 AT 2:00 P.M.** |

PURSUANT TO STIPULATION, IT IS ORDERED that

(1) the Case Management Conference now scheduled for March 13, 2007 at 2:00 p.m. shall be continued to May 15, 2007 at 2:00 p.m.; and (2) a Status Conference instead of a Case Management Conference will be conducted on May 15, 2007 at 2:00 p.m..

Dated: 2/27                    BY THE COURT:

_[signature]_
HONORABLE MARTIN J. JENKINS
United States District Judge