WONDIE RUSSELL (Bar No. 77990)
CATHERINE P. ROSEN (Bar No. 62562)
PETER J. CROSBY (Bar No. 115588)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
Wondie.Russell@hellerehrman.com

ARLENE MAYERSON (Bar No. 79310)
LARISA M. CUMMINGS (Bar No. 131076)
SILVIA YEE (Bar No. 222737)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND
2212 Sixth Street
Berkeley, CA 94710
Telephone: +1.510.644.2555
Facsimile: +1.510.841.8645
lcummings@dredf.org

*See Signature Page for List of Additional Counsel*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, and DOROTHY JACKSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner of the Social Security Administration, in his official capacity, and SOCIAL SECURITY ADMINISTRATION<br><br>Defendants. | Case No.: C 05-4696 MJJ<br><br>CLASS ACTION<br><br>JOINT STATUS REPORT<br><br>Date: August 7, 2007<br>Time: 2:00 P.M.<br>Courtroom: 11<br>The Honorable Martin J. Jenkins |

Plaintiffs, American Council of the Blind, et al., and Defendants Michael Astrue, Commissioner of the Social Security Administration, in his official capacity, and Social Security Administration, in accordance with this Court's Order of May 14, 2007 ordering a Status Conference on August 7, 2007, hereby jointly advise the Court about the status of this case.

### A. STATUS OF THE CASE

This case is not yet at issue pursuant to an agreement and stipulation between the parties to allow time for discussion and information gathering aimed at potential settlement. In the Parties' Joint Status Conference Report filed on April 30, 2007, information describing the parties' respective legal and factual positions was set forth. (*See* Dkt. No. 44.) We do not repeat that detail here but instead focus on the negotiations that have taken place and are expected to take place in the near term.

### B. PARTIES' EFFORTS TO ACHIEVE RESOLUTION

As the parties have previously advised the Court, in October 2006 the parties started exploring the feasibility of entering settlement negotiations. Defendants began to provide information to plaintiffs about the Social Security Administration's systems and technologies for communicating with applicants, recipients and beneficiaries of Social Security benefits. The parties have continued to exchange information and employees primarily from defendants' systems and operations components have continued to answer plaintiffs' questions and provide additional information concerning the systems, technologies, and operational processes pursuant to which SSA communicates with applicants, recipients and beneficiaries. The parties also identified operational and technological obstacles to providing notices in various alternative accessible formats and discussed potential ways to overcome these hurdles during the course of several telephone conferences. Since at least January 2007, the parties have been discussing the feasibility of a consensual resolution of this case. Another telephone conference took place on

March 6, 2007, at which time the parties exchanged further systems and operations related information. Counsel have continued to confer by telephone and remain committed to negotiating and exchanging proposals that may lead to a satisfactory resolution.

In the spring of this year, plaintiffs presented defendant with a proposal for telephone communications between SSA and plaintiffs addressing some of the concerns raised in the parties' prior communications, and the parties have provided exemplar notice materials to technology vendors to allow them to test their ability to convert into various alternative formats.

In addition, on May 22, 2007, SSA published a "Request for Information" (RFI) seeking commercial sources that can convert large volumes of notices produced using SSA's systems into formats accessible to persons with visual impairments. SSA employed this procedure for gathering information about technologies available in the marketplace because it constituted the quickest way to ascertain what the marketplace has the ability to provide while ensuring a level playing field for all prospective vendors, in accordance with the applicable Federal Acquisition Regulations, 48 C.F.R. pt. 10. Plaintiffs were able to direct any companies they believed have the capabilities specified in the RFI to respond to the RFI. The RFI closed on June 29, 2007.

SSA received multiple submissions and information from vendors, and has assembled an intra-agency group to evaluate whether any of the submissions present a technologically and financially viable means to convert large volumes of SSA notices into accessible formats. Once this analysis and review is concluded, the parties will be in a better position to ascertain settlement prospects. At that point, if the parties decide to further proceed, SSA may need to commence making internal systems and operational changes and will consider the procedures necessary for issuing a solicitation in accordance with the Federal Acquisition Regulations.

At this time the parties remain committed to a good faith effort at resolving the issues presented by plaintiffs through negotiation.

**C. CASE SCHEDULE**

Unless the Court wishes to hear further from the parties in person, the parties request that the Court remove the Status Conference scheduled for August 7, 2007 from the calendar and schedule a further Status Conference in approximately six months time so that the parties may report their progress and together schedule any appropriate further dates, such as dates for a Settlement or Case Management Conference and/or hearings on Defendants' withdrawn motions to dismiss.

Respectfully submitted,

DATED: July 23, 2007  HELLER EHRMAN LLP

DISABILITY RIGHTS EDUCATION AND DEFENSE FUND

By /s/Wondie Russell
WONDIE RUSSELL
Attorneys For Plaintiffs

DATED: July 23, 2007  UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch

By /s/ Tara La Morte
PETER D. KEISLER
RICHARD G. LEPLEY
TARA M. LAMORTE

Dated: 8/2/2007

THE AUGUST 7, 2007 STATUS CONFERENCE IS VACATED AND RESET TO FEBRUARY 5, 2008 AT 2:00 P.M. A JOINT STATUS REPORT IS DUE JANUARY 29, 2008.

Attorneys for Defendants



APPROVED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

JOINT STATUS CONFERENCE STATEMENT, CASE NO. C 05-4696 MJJ

4

*Additional Co-Counsel for Plaintiffs*:
GERALD A. MCINTYRE (Bar No. 181746)
NATIONAL SENIOR CITIZENS LAW CENTER
3435 Wilshire Boulevard, Suite 2860
Los Angeles, CA 90010
Telephone: +1.213.639.0930
Facsimile: +1.213.639.0934
gmcintyre@nsclc.org

KATHLEEN L. WILDE (Oregon Bar No. 97105) (Admitted *Pro Hac Vice*)
OREGON ADVOCACY CENTER
620 SW Fifth Avenue, Fifth Floor
Portland, OR 97204
Telephone: +1.503.243.2081
Facsimile: +1.503.243.1738
kwilde@oradvocacy.org