**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, and DOROTHY JACKSON on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>MICHAEL ASTRUE, Commissioner of the Social Security Administration, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,<br><br>           Defendants.<br>_____ / | No. C 05-04696 WHA<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND** |

     In this disability-rights action, plaintiffs move for leave to file a second amended complaint to add two new plaintiffs. In a prior order dated May 13, 2008, the Court previously stated that plaintiffs could seek leave to amend to add new parties (Dkt. 83). Defendants do not oppose this motion. Leave to amend a complaint "shall be freely given when justice so requires" under Rule 15(a). This standard is applied liberally. "In the absence of any apparent or declared reason — such as undue delay, bad faith, or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, etc. — the leave

sought should, as the rules require, be 'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962). Good cause shown, plaintiffs' motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: June 16, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE