GREGORY G. KATSAS
Acting Assistant Attorney General

RICHARD G. LEPLEY
Assistant Director

TARA M. La MORTE (New York Bar)
SCOTT RISNER (Michigan Bar)
Trial Attorneys, United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 514-1275 (telephone)
(202) 616-8202 (fax)
tara.lamorte@usdoj.gov
scott.risner@usdoj.gov

Attorneys for Defendants.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, and DOROTHY JACKSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | Case No.: C-05-4696 (WHA)<br><br>**JOINT STIPULATION REQUESTING RESCHEDULING OF SETTLEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs, American Council of the Blind, *et al.*, and Defendants Michael Astrue, Commissioner of Social Security, in his official capacity, and Social Security Administration, hereby stipulate, pursuant to Civil L.R. 7-12, to the following request that the Court reschedule the parties' Settlement Conference, which is currently set for September 16, 2008, as well as the

date the parties' settlement statements are due. In support of this stipulation, the parties state the following:

1. On March 17, 2008, the Court notified the parties that the above-captioned matter was referred to Magistrate Judge Edward M. Chen for settlement purposes. The notice also informed the parties that the Settlement Conference was scheduled for September 16, 2008, at 9:30 a.m., and ordered the parties to lodge settlement conference statements with Judge Chen's Chambers by September 2, 2008. (*See* Dkt. No. 63.)

2. Lead counsel for Defendants has a personal conflict that cannot be rescheduled. Accordingly, lead counsel consulted with counsel for Plaintiffs about rescheduling the Settlement Conference.

3. As per the March 17, 2008 Notice of Settlement Conference and Settlement Conference Order, counsel for Plaintiffs contacted Judge Chen's secretary about the scheduling conflict. Counsel for Plaintiffs learned that Judge Chen is available to hold the Settlement Conference on August 14, 2008, at 9:30 a.m.

4. Accordingly, the parties respectfully request the Court grant the parties' stipulation to reschedule the Settlement Conference for August 14, 2008, at 9:30 a.m. and reschedule the date the parties' settlement statements are due for July 31, 2008, or any other time convenient for the Court.

DATED:   June 16, 2008                                  Respectfully Submitted,

HELLER EHRMAN, LLP                                      GREGORY G. KATSAS
                                                        Assistant Attorney General
BY:
                                                        RICHARD G. LEPLEY
 /s/                                                    Assistant Director
ESTA BRAND
333 Bush Street                                          /s/ *Tara M. La Morte*
San Francisco, CA 94104                                 TARA M. La MORTE
(415) 772-6022                                          SCOTT RISNER
                                                        Trial Attorneys
Attorney for Plaintiffs                                 United States Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                        20 Massachusetts Avenue, N.W.
                                                        Washington, D.C. 20530

Joint Stipulation Requesting Rescheduling
of Settlement Conference
05-04696 (WHA)                                    2

(202) 514-1275 (telephone)
(202) 616-8202 (fax)
tara.lamorte@usdoj.gov

Attorneys for Defendants.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, and DOROTHY JACKSON, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendants. | Case No.: C-05-4696 (WHA)<br><br>[Proposed] Order<br><br>**ORDER RESCHEDULING SETTLEMENT CONFERENCE** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties' Settlement Conference is rescheduled for August 14, 2008, at 9:30 a.m., and that the parties' settlement statements are due to be lodged by hard copy only with Judge Chen's Chambers by July 31, 2008.

DATED:  June 16, 2008                    BY THE COURT:

_____
HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

Joint Stipulation Requesting Rescheduling
of Settlement Conference
05-04696 (WHA)                    4

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2008, I caused a true copy of the foregoing Joint Stipulation Requesting Rescheduling of Settlement Conference to be served on Plaintiffs' counsel electronically by means of the Court's ECF system.

                                                */s/ Tara M. La Morte*
                                                Tara M. La Morte