1  GREGORY G. KATSAS
   Acting Assistant Attorney General
2
   JAMES J. GILLIGAN
3  Assistant Director

4  MARSHA S. EDNEY (District of Columbia Bar)
   TARA M. La MORTE (New York Bar)
5  SCOTT RISNER (Michigan Bar)
   United States Department of Justice
6  Civil Division, Federal Programs Branch
   20 Massachusetts Avenue, N.W.
7  Washington, D.C. 20530
   (202) 514-2395 (telephone)
8  (202) 616-8470 (fax)
   scott.risner@usdoj.gov
9
   Attorneys for Defendants
10
                UNITED STATES DISTRICT COURT
11           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION
12  _____
                                           )
13  AMERICAN COUNCIL OF THE BLIND, a       )
    District of Columbia non-profit corporation, )
14  TAMMY RENEE COOPER, SCARLETT           )
    MILES, MARVELENA QUESADA,              )
15  ARLENE DOHERTY, ALICE MARJORIE         )
    DONOVAN, BILLIE JEAN KEITH,            )
16  GEORGE P. SMITH, and DOROTHY           )
    JACKSON, on behalf of themselves and all )
17  others similarly situated,             )
                                           )
18          Plaintiffs,                    )   Case No.: C-05-4696 (WHA)
                                           )
19       v.                                )   **JOINT STIPULATION AND**
                                           )   **[PROPOSED] ORDER EXTENDING**
20                                         )   **DEADLINE TO RESPOND TO**
    MICHAEL ASTRUE, Commissioner           )   **SECOND AMENDED COMPLAINT**
21  of Social Security, in his official capacity, )
    and SOCIAL SECURITY                    )
22  ADMINISTRATION,                        )
                                           )
23          Defendants.                    )
    _____)
24
         Plaintiffs, American Council of the Blind, *et al.*, and Defendants Michael Astrue,
25
    Commissioner of Social Security, in his official capacity, and Social Security Administration,
26
    hereby stipulate, pursuant to Civil L.R. 6.1(b), to an extension of Defendants' deadline to answer
27

28
   Joint Stipulation Extending Deadline to
   Respond to Second Amended Complaint
   05-04696 (WHA)

1 or otherwise respond to Plaintiffs' Second Amended Complaint.  Defendants' answer is currently
2 due July 7, 2008, and the parties stipulate to an extension until July 17, 2008.  In support of this
3 stipulation, the parties state the following:

4 1. On June 16, 2008, the Court granted Plaintiffs' motion for leave to file a second amended
5 complaint.  Dkt. No. 89.  Plaintiffs' filed their Second Amended Complaint for
6 Declaratory and Injunctive Relief on June 18, 2008.  Dkt. No. 93.

7 2. Pursuant to the Federal Rules of Civil Procedure, Defendants must respond to the Second
8 Amended Complaint by July 7, 2008.

9 3. In order to respond, Defendants must address Plaintiffs' factual allegations regarding the
10 two new plaintiffs, Mary Ann Alexander and Laura Russell.  *See* Second Am. Compl. ¶¶
11 14-15, 97-111.  Since the two plaintiffs allegedly serve as representative payees,
12 Defendants must address allegations concerning those two individuals as well as the
13 beneficiaries whom they assist, Julianne Boullosa and Kevin Russell.

14 4. Defendants say that they must locate and retrieve the four individuals' administrative
15 claim folders, which include paper files maintained by the National Records Center
16 ("NRC") in Independence, Missouri, and a federal records center in Philadelphia,
17 Pennsylvania.  Since certain records are stored by date of receipt rather than by the
18 individual's name, the time-frame for retrieval of an individual's complete folder can
19 range from one to forty-five days.  Once a complete folder has been assembled at the
20 NRC, those documents must then be mailed to the Social Security Administration in
21 Baltimore, Maryland.  Defendants can then review those paper documents, along with
22 additional information stored electronically, and prepare a response to the factual
23 allegations in Plaintiffs' complaint.  Plaintiffs have no knowledge regarding Defendants'
24 actions, but have no reason to disagree with this statement.

25 5. After filing their Second Amended Complaint, Plaintiffs provided Defendants the Social
26 Security numbers and dates of birth for the four individuals.  Defendants say they then
27 requested the appropriate records from the relevant storage facilities.  Counsel for
28

1     Defendants anticipate being able to receive and review all necessary information by July
2     14, 2008. Plaintiffs have no knowledge regarding Defendants' actions or expectations,
3     but have no reason to disagree with this statement.

4 6.   Accordingly, counsel for Defendants consulted with counsel for Plaintiffs about
5     extending Defendants' deadline to respond to the Second Amended Complaint. The
6     parties respectfully request the Court grant the parties' stipulation to extend Defendants'
7     deadline to respond to the Second Amended Complaint until July 17, 2008.

8 7.   Defendants have not previously sought or obtained an extension of the deadline to
9     respond to the Second Amended Complaint, and this extension will not have any effect
10    on any event or deadline fixed by Court order.

DATED:    June 30, 2008.                           Respectfully Submitted,

HELLER EHRMAN, LLP                        GREGORY G. KATSAS
BY:                                            Acting Assistant Attorney General

*/s/*                                               JAMES J. GILLIGAN
ESTA BRAND                                   Assistant Director
333 Bush Street
San Francisco, CA 94104               */s/ Scott Risner*
(415) 772-6022                              MARSHA S. EDNEY
                                             TARA M. La MORTE
Attorney for Plaintiffs                        SCOTT RISNER
                                             United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           20 Massachusetts Avenue, N.W.
                                           Washington, D.C. 20530
                                           (202) 514-2395 (telephone)
                                           (202) 616-8470 (fax)
                                           scott.risner@usdoj.gov

                                           Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, and DOROTHY JACKSON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendants. | Case No.: C-05-4696 (WHA)<br><br>[Proposed] Order<br><br>**ORDER EXTENDING DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendants' deadline to respond to Plaintiffs' Second Amended Complaint is extended until July 17, 2008.

DATED: July 1, 2008

BY THE COURT:

IT IS SO ORDERED
Judge William Alsup

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Joint Stipulation Extending Deadline to
Respond to Second Amended Complaint
05-04696 (WHA)

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2008, I caused a true copy of the foregoing Joint Stipulation and [Proposed] Order Extending Deadline to Respond to Second Amended Complaint to be served on Plaintiffs' counsel electronically by means of the Court's ECF system.

                                         */s/ Scott Risner*
                                         Scott Risner