UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN COUNCIL OF THE BLIND, *et al.*,

        Plaintiffs,

    v.

MICHAEL J. ASTRUE, *et al.*,

        Defendants.

_____/

No. C-05-4696 WHA (EMC)

**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that a Further Settlement Conference is scheduled for **September 4, 2008, at 12:00 Noon**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

    Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

    ◆    **Brief, updated Further Settlement Conference statements shall be faxed to Judge Chen's Chambers by 4:00 p.m., August 29, 2008 (FAX number 415/522-4200).  Statements shall not be electronically filed.**

    All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///

///

///

*United States District Court*
For the Northern District of California

**United States District Court**
For the Northern District of California

1    The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at

2    (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

3

4    IT IS SO ORDERED.

5

6    Dated:  August 15, 2008                                    _____

7                                                               EDWARD M. CHEN
                                                                United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28