United States District Court<br>For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8  AMERICAN COUNCIL OF THE BLIND, *et al.*,          No. C-05-4696 WHA (EMC)
9
           Plaintiffs,                               **NOTICE AND ORDER SETTING**
10                                                   **FURTHER SETTLEMENT**
       v.                                            **CONFERENCE**
11
   MICHAEL J. ASTRUE, *et al.*,
12
           Defendants.
13  _____/
14
15      TO ALL PARTIES AND COUNSEL OF RECORD:
16      You are hereby notified that a Further Settlement Conference is scheduled for **November 10,**
17  **2008, at 10:00 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California
18  94102.
19      Lead counsel who will try the case shall appear at the Further Settlement Conference with
20  the parties and with the person or persons having full authority to negotiate and to settle the case.
21      ♦    **Brief, updated Further Settlement Conference statements shall be lodged with**
22           **Judge Chen's Chambers by November 3, 2008.  Statements shall not be**
23           **electronically filed.**
24      All other provisions of this Court's original Notice of Settlement Conference and Settlement
25  Conference Order shall remain in effect.
26  ///
27  ///
28  ///

1  The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at
2  (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

4  IT IS SO ORDERED.

6  Dated: September 11, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge