UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. ASTRUE, *et al.*, <br><br> Defendants. <br> _____/ | No. C-05-4696 WHA (EMC) <br><br> **ORDER VACATING SETTLEMENT CONFERENCE** |

    At the parties' request (*see* Docket No. 133), the Further Settlement Conference scheduled for November 10, 2008, at 10:00 a.m. has been **VACATED**.

    This order disposes of Docket No. 133.

    IT IS SO ORDERED.

Dated: October 16, 2008

                                                     EDWARD M. CHEN <br>
                                                     United States Magistrate Judge