WONDIE RUSSELL (Bar No. 77990)
JACOB N. FOSTER (Bar No. 250785)
ADIL HAQ (Bar No. 255435)
DENISE CARDOSO (Bar No. 245419)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
wondie.russell@hellerehrman.com

ARLENE B. MAYERSON (Bar No. 79310)
LARISA M. CUMMINGS (Bar No. 131076)
SILVIA YEE (Bar No. 222737)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, CA  94710
Telephone: +1.510.644-2555
Facsimile: +1.510.841.8645
amayerson@dredf.org
*See Signature Page for List of Additional Counsel*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, DOROTHY JACKSON, , MARY ANN ALEXANDER, and LAURA M. RUSSELL, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>MICHAEL ASTRUE, Commissioner of the Social Security Administration, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,<br>　　　　　　　　　　　　　Defendants. | Case No.: C 05-04696 WHA<br><br>STIPULATION CONCERNING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND [PROPOSED] ORDER APPROVING SAME |

Heller Ehrman LLP

Stipulation Re Withdrawal and Substitution of Counsel
Case No.  C 05-04696 WHA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff American Council of the Blind ("ACB") on behalf of itself and all the plaintiffs, consents to and substitutes as counsel in the above-captioned action the law firm of Howrey LLP, with offices at 1950 University Avenue, 4th Floor, East Palo Alto, CA 94303, and 525 Market Street, Suite 3600, San Francisco, CA 94105, in place of Heller Ehrman LLP, with offices at 333 Bush Street, San Francisco, CA 94104, telephone number (415) 772-6000, which will withdraw from the case. Good cause exists for such substitution because the firm of Heller Ehrman LLP is in the process of dissolving and will imminently cease to practice law.

Pursuant to Civil Local Rule 11-5(a), notice of withdrawal and substitution of counsel has been provided to all plaintiffs in their preferred format of Braille, e-mail, audio, or large print letter and to defendants. ACB is the lead plaintiff in this case and has the authority to accept this substitution of counsel on behalf of all plaintiffs. ACB has authorized this substitution of counsel both orally and through written correspondence.

Howrey LLP hereby accepts the above substitution.

Dated: November 20, 2008            HOWREY LLP

By: /s/ Henry C. Su
    HENRY C. SU

Heller Ehrman LLP hereby requests permission from the Court to withdraw from its representation of ACB in this action.

Dated: November 20, 2008            HELLER EHRMAN LLP

By: /s/ Wondie Russell
    WONDIE RUSSELL

Pursuant to the above Stipulation, IT IS SO ORDERED:

IT IS SO ORDERED
Judge William Alsup

The Honorable William H. Alsup

Stipulation Re Withdrawal and Substitution of Counsel
Case No. C 05-04696 WHA

- 3 -

# SIGNATURE ATTESTATION

As required by General Order No. 45, § X.B, I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories to the above Stipulation.

Dated: November 19, 2008

                                                /s/ Wondie Russell
                                                WONDIE RUSSELL

*Additional Co-Counsel for Plaintiffs:*

GERALD A. MCINTYRE (Bar No. 181746)
NATIONAL SENIOR CITIZENS LAW CENTER
3435 Wilshire Boulevard, Suite 2860
Los Angeles, CA 90010
Telephone: +1.213.639.0930
Facsimile: +1.213.639.0934
gmcintyre@nsclc.org

KATHLEEN L. WILDE (Oregon Bar No. 97105) (Admitted Pro Hac Vice)
DISABILITY RIGHTS OREGON
620 SW Fifth Avenue, Fifth Floor
Portland, OR 97204
Telephone: +1.503.243.2081
Facsimile: +1.503.243.1738
kwilde@disabilityrightsoregon.org