1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, DOROTHY JACKSON, MARY ANN ALEXANDER, AND LAURA M. RUSSELL on behalf of themselves and all others similarly situated,<br><br>                   Plaintiffs,<br><br>         vs.<br><br>MICHAEL ASTRUE, Commissioner of the Social Security Administration, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,<br><br>                   Defendants. | Case No. C 05-04696 WHA<br><br>**STIPULATION UNDER CIVIL LOCAL RULE 6-2 TO SHORTEN TIME FOR HEARING ON JOINT MOTION TO EXTEND DATES IN CASE MANAGEMENT ORDER AND TO CONTINUE TRIAL (NO. 138) AND [~~PROPOSED~~] ORDER**<br><br>Date:   December 4, 2008<br>Time:   8:00 A.M.<br>Judge:  Hon. William H. Alsup<br>Ctrm:   9, 19th floor |

WHEREAS, on November 19, 2008, the parties filed a Joint Motion to Extend Dates in Case Management Order and to Continue Trial with this Court (Dkt. No. 138) and noticed it for hearing on December 4, 2008, at 8:00 a.m.;

STIPULATION TO SHORTEN TIME AND [PROPOSED]
ORDER
Case No.  C 05-04696 WHA

1    WHEREAS, counsel for the parties were under the mistaken impression that Paragraph 6 of the
2  Court's Supplemental Case Management Order permitted motions (in particular, agreed ones) to be
3  noticed for hearing less than 35 days from the date of their service;

4    WHEREAS, the Court's calendar indicates, however, that this Motion was not properly
5  noticed;

6    WHEREAS, the parties wish to correct any procedural defects associated with the noticing of
7  this Motion;

8    ACCORDINGLY, Plaintiffs American Council of the Blind, *et al.,* and Defendants Michael
9  Astrue, *et al.,* pursuant to Civil Local Rule 6-2, hereby STIPULATE to shortening the time under Civil
10 Local Rule 7-2(a) for the hearing on the parties' Motion on the following grounds:

- The standard 35-day notice period, which permits the filing of oppositions and replies before the parties are heard in court, is unnecessary in this instance because the parties are making the Motion jointly and no oppositions or replies will therefore be filed.

- The parties would like to waive the standard 35-day notice period because they are seeking immediate relief from upcoming deadlines in the current Case Management Scheduling Order that are already unworkable in light of changed circumstances (as explained in the Motion).

- The only time modification made in this case since the entry of the current Case Management Scheduling Order is an extension of the deadline for Defendants to respond to Plaintiffs' Second Amended Complaint (Dkt. No. 95).

- Shortening the time to hear the parties' Motion alone will have no effect on other deadlines in the current Case Management Scheduling Order.

- Justice and efficiency would be best served by having the parties' Motion noticed and heard on an expedited schedule, i.e., on December 4, 2008, at 8:00 a.m., as currently calendared.

| | | |
|---|---|---|
| 1 | Dated: November 26, 2008 | Respectfully submitted, |
| 2 | | |
| 3 | | By:     /s/ Henry C. Su |
| 4 | | Henry C. Su (SBN 211202; suh@howrey.com) |
| 5 | | Ann K. Miller (SBN 219138; millerak@howrey.com) |
| 6 | | Sara E. Jenkins (SBN 230097; jenkinss@howrey.com) |
| 7 | | Marilee C. Wang (SBN 232432; wangm@howrey.com) |
| 8 | | Ruhi Kumar (SBN 235945; kumarr@howrey.com) |
| 9 | | HOWREY LLP |
| 10 | | 1950 University Avenue, 4th Floor East Palo Alto, CA 94303 |
| 11 | | Telephone: (650) 798-3500 Facsimile: (650) 798-3600 |
| 12 | | Arlene B. Mayerson (SBN 79310) |
| 13 | | Larisa M. Cummings (SBN 131076) Silvia Lee (SBN 222737) |
| 14 | | DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC. |
| 15 | | 2212 Sixth Street Berkeley, CA 94710 |
| 16 | | Telephone: +1.510.644-2555 Facsimile: +1.510.841.8645 |
| 17 | | amayerson@dredf.org Attorneys for Plaintiffs |
| 18 | | AMERICAN COUNCIL OF THE BLIND, a District of Columbia non- |
| 19 | | profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, |
| 20 | | MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE |
| 21 | | DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, DOROTHY |
| 22 | | JACKSON, MARY ANN ALEXANDER, AND LAURA M. |
| 23 | | RUSSELL on behalf of themselves and all others similarly situated |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION TO SHORTEN TIME AND [PROPOSED] ORDER
Case No. C 05-04696 WHA
DM_US:21626094_1

- 3 -

By:      /s/ Marsha S. Edney

GREGORY G. KATSAS
Assistant Attorney General

JAMES J. GILLIGAN
Assistant Director

MARSHA S. EDNEY (D.C. Bar)
DANIEL RIESS (Texas Bar)
SCOTT RISNER (Michigan Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 514-2395 (telephone)
(202) 616-8470 (fax)
marsha.edney@usdoj.gov

Attorneys for Defendants
MICHAEL ASTRUE, Commissioner of
the Social Security Administration, in his
official capacity, and SOCIAL
SECURITY ADMINISTRATION

Pursuant to the above Stipulation, IT IS SO ORDERED. The parties' Joint Motion to Extend Dates in Case Management Order and to Continue Trial (Dkt. No. 138) shall be heard on December 4, 2008, at 8:00 a.m. 3:30 p.m.

Entered:    December 2, 2008.

_____
The Hon. [signature: Judge William Alsup] — IT IS SO ORDERED

STIPULATION TO SHORTEN TIME AND [PROPOSED] ORDER
Case No. C 05-04696 WHA
DM_US:21626094_1

- 4 -

**SIGNATURE ATTESTATION**

As required by General Order No. 45, § X.B, I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories to the above Stipulation.

Dated: November 26, 2008

             /s/ Henry C. Su
               Henry C. Su

*Additional Co-Counsel for Plaintiffs:*

GERALD A. MCINTYRE (Bar No. 181746)
NATIONAL SENIOR CITIZENS LAW CENTER
3435 Wilshire Boulevard, Suite 2860
Los Angeles, CA 90010
Telephone: +1.213.639.0930
Facsimile: +1.213.639.0934
gmcintyre@nsclc.org

KATHLEEN L. WILDE (Oregon Bar No. 97105) (Admitted Pro Hac Vice)
DISABILITY RIGHTS OREGON
620 SW Fifth Avenue, Fifth Floor
Portland, OR 97204
Telephone: +1.503.243.2081
Facsimile: +1.503.243.1738
kwilde@disabilityrightsoregon.org