| | |
|---|---|
| 1 | MICHAEL F. HERTZ |
|   | Acting Assistant Attorney General |
| 2 | JUDRY L. SUBAR |
|   | Assistant Branch Director |
| 3 | MARSHA S. EDNEY (D.C. Bar) |
|   | SCOTT RISNER (Michigan Bar) |
| 4 | DANIEL RIESS (Texas Bar) |
|   | United States Department of Justice |
| 5 | Civil Division, Federal Programs Branch |
|   | 20 Massachusetts Avenue, N.W. |
| 6 | Washington, D.C. 20530 |
|   | (202) 514-4520 (telephone) |
| 7 | (202) 616-8470 (fax) |
|   | marsha.edney@usdoj.gov |
| 8 | Attorneys for Defendants. |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, and DOROTHY JACKSON, on behalf of themselves and all others similarly situated,

    Plaintiffs,

    v.

MICHAEL ASTRUE, Commissioner of Social Security, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,

    Defendants.

Case No.: C-05-4696 (WHA)

~~PROPOSED~~ ORDER

On this <u>23rd</u> day of January, 2009, it is hereby ORDERED that the Scheduling Order dated December 12, 2008, is modified so that dispositive motions are now due to be filed ~~on~~ no later than Thursday, June 18, 2009. No other dates are changed. The hearing on this motion scheduled for ~~January~~ February 26, 2009 is **VACATED**.

_____
HONORABLE WILLIAM H. ALSUP

Motion to Align Briefing Schedule
05-04696 (WHA)