United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, and DOROTHY JACKSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner of the Social Security Administration, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | No. C 05-04696 WHA<br><br>**ORDER RE STIPULATION TO WITHDRAW PLAINTIFFS TAMMY RENEE COOPER AND DOROTHY JACKSON AS NAMED PLAINTIFFS AND CLASS REPRESENTATIVES** |

Being a representative in a class action is a serious undertaking that individuals should undertake with great consideration and with willingness to perform. Before allowing Tammy Renee Cooper and Dorothy Jackson to withdraw, they must file sworn affidavits **BY MARCH 2, 2009 AT NOON** explaining why they signed up to represent the class in the first place and why they are seeking to withdraw.

**IT IS SO ORDERED.**

Dated: February 23, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE