1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, DOROTHY JACKSON, MARY ANN ALEXANDER, AND LAURA M. RUSSELL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL ASTRUE, Commissioner of the Social Security Administration, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | Case No. C 05-04696 WHA<br><br>**CLASS ACTION**<br><br>**STIPULATION TO WITHDRAW PLAINTIFFS TAMMY RENEE COOPER AND DOROTHY JACKSON AS NAMED PLAINTIFFS AND CLASS REPRESENTATIVES AND [PROPOSED ORDER] ORDER** |

WHEREAS, on September 11, 2008, this Court certified two classes of plaintiffs in this class action lawsuit, including the following class:

> Individuals with visual impairments that substantially limit the major life activity of seeing who require that materials be in an accessible format in order to participate in the Social Security Administration's Old-Age, Survivors, and Disability Insurance program or the Supplemental Social Security Insurance program as applicants, beneficiaries, or recipients, but not as representative payees with the class representatives being Tammy Renee Cooper, Scarlett Miles, Marvelena Quesada, Arlene Doherty, Alice Marjorie Donovan, Billie Jean Keith, George P. Smith, Dorothy Jackson, Mary Ann Alexander and Laura M. Russell.

WHEREAS, American Council of the Blind ("ACB") serves as lead plaintiff in this action;

WHEREAS, Plaintiffs have advised Defendants that Tammy Renee Cooper (Ms. Cooper) and Dorothy Jackson (Mrs. Jackson) have determined that they are no longer able to serve as class representatives;

WHEREAS, Plaintiffs believe the class will suffer no prejudice from Mrs. Cooper's and Mrs. Jackson's withdrawal because, *inter alia*, ACB continues to serve as lead plaintiff and it and because Plaintiffs believe that the named plaintiffs Scarlett Miles, Marvelena Quesada, Arlene Doherty, Alice Marjorie Donovan, Billie Jean Keith, George P. Smith, Mary Ann Alexander and Laura M. Russell will continue to vigorously represent the class;

WHEREAS, Defendants do not at this time contest the ability of the remaining named plaintiffs to fairly and adequately protect the interests of the certified classes under Fed. R. Civ. Pro. 23(a);

WHEREAS, Fed. R. Civ. Pro. 21 provides that "[p]arties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just;"

THEREFORE, the parties, by and through their undersigned counsel of record, hereby stipulate and agree that Tammy Renee Cooper and Dorothy Jackson may be withdrawn as named plaintiffs

1  without waiving their rights as absent class members of the certified classes.

3  Dated: February 18, 2009                    We agree to the foregoing stipulation:

5                                              By:   /s/ Ann K. Miller

       Henry C. Su (SBN 211202;
       suh@howrey.com)
       Ann K. Miller (SBN 219138;
       millerak@howrey.com)
       Sara E. Jenkins (SBN 230097;
       jenkinss@howrey.com)
       Marilee C. Wang (SBN 232432;
       wangm@howrey.com)
       Ruhi Kumar (SBN 235945;
       kumarr@howrey.com)
       HOWREY LLP
       1950 University Avenue, 4th Floor
       East Palo Alto, CA  94303
       Telephone:  (650) 798-3500
       Facsimile:  (650) 798-3600

       Arlene B. Mayerson (SBN 79310)
       Larisa M. Cummings (SBN 131076)
       Silvia Yee (SBN 222737)
       DISABILITY RIGHTS EDUCATION AND
       DEFENSE FUND, INC.
       2212 Sixth Street
       Berkeley, CA  94710
       Telephone: +1.510.644-2555
       Facsimile: +1.510.841.8645
       amayerson@dredf.org
       Attorneys for Plaintiffs
       AMERICAN COUNCIL OF THE
       BLIND, a District of Columbia non-
       profit corporation, TAMMY RENEE
       COOPER, SCARLETT MILES,
       MARVELENA QUESADA, ARLENE
       DOHERTY, ALICE MARJORIE
       DONOVAN, BILLIE JEAN KEITH,
       GEORGE P. SMITH, DOROTHY
       JACKSON, MARY ANN
       ALEXANDER, AND LAURA M.
       RUSSELL on behalf of themselves and
       all others similarly situated

STIP. RE WITHDRAWING COOPER AND JACKSON AND         - 3 -
[PROPOSED] ORDER
Case No.  C 05-04696 WHA

DM_US:21920149_1

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | By:   /s/ Marsha S. Edney                                       |
| 2   | GREGORY G. KATSAS                                               |
|     | Assistant Attorney General                                      |
| 3   |                                                                 |
|     | JAMES J. GILLIGAN                                               |
| 4   | Assistant Director                                              |
| 5   | MARSHA S. EDNEY (D.C. Bar)                                      |
|     | DANIEL RIESS (Texas Bar)                                        |
| 6   | SCOTT RISNER (Michigan Bar)                                     |
|     | United States Department of Justice                             |
| 7   | Civil Division, Federal Programs Branch                         |
|     | 20 Massachusetts Avenue, N.W.                                   |
| 8   | Washington, D.C. 20530                                          |
|     | (202) 514-2395 (telephone)                                      |
| 9   | (202) 616-8470 (fax)                                            |
|     | marsha.edney@usdoj.gov                                          |
| 10  |                                                                 |
|     | Attorneys for Defendants                                        |
| 11  | MICHAEL ASTRUE, Commissioner of                                 |
|     | the Social Security Administration, in his                      |
| 12  | official capacity, and SOCIAL                                   |
|     | SECURITY ADMINISTRATION                                         |

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED. Tammy Renee Cooper is withdrawn as a named plaintiff and class representative without waiving her rights as an absent class member of the putative class and Dorothy Jackson is withdrawn as a named plaintiff and class representative without waiving her rights as an absent class member of the putative class.

Entered: March 4, 2009

_____
Hon. W[illiam Alsup]
United [States District Judge]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*

**SIGNATURE ATTESTATION**

As required by General Order No. 45, § X.B, I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories to the above Stipulation.

Dated: February 18, 2009

                                              /s/ Ann K. Miller
                                                    Ann K. Miller

*Additional Co-Counsel for Plaintiffs:*

GERALD A. MCINTYRE (Bar No. 181746)
NATIONAL SENIOR CITIZENS LAW CENTER
3435 Wilshire Boulevard, Suite 2860
Los Angeles, CA 90010
Telephone: +1.213.639.0930
Facsimile: +1.213.639.0934
gmcintyre@nsclc.org

KATHLEEN L. WILDE (Oregon Bar No. 97105) (Admitted Pro Hac Vice)
DISABILITY RIGHTS OREGON
620 SW Fifth Avenue, Fifth Floor
Portland, OR 97204
Telephone: +1.503.243.2081
Facsimile: +1.503.243.1738
kwilde@disabilityrightsoregon.org

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Stipulation to Withdraw Plaintiffs Tammy Renee Cooper and Dorothy Jackson as Named Plaintiffs and Class Representatives and the attached Unopposed Motion to Withdraw Plaintiff Tammy Renee Cooper and Plaintiff Dorothy Jackson as Named Plaintiffs and Class Representatives and [Proposed] Order with the United States District Court Clerk, Northern District of California, using the CM/ECF system, which will automatically send e-mail notices to the electronic addresses listed below.

Marsha S. Edney: marsha.edney@usdoj.gov

Scott Risner: scott.risner@usdoj.gov

Daniell Riess: daniel.riess@usdoj.gov

Dated: February 18, 2009     By: /s/ Ann K. Miller

Ann K. Miller (SBN 219138;
millerak@howrey.com)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600