Henry C. Su (SBN 211202; suh@howrey.com)
Marilee C. Wang (SBN 232432; wangm@howrey.com)
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600

Attorneys for Plaintiffs

Marsha S. Edney (D.C. Bar)
Daniel Riess (Texas Bar)
Scott Risner (Michigan Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-2395
Facsimile: (202) 616-8470
scott.risner@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA: SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, MARY ANN ALEXANDER, AND LAURA M. RUSSELL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL ASTRUE, Commissioner of the Social Security Administration, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | Case No. C 05-04696 WHA<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND THE FACT DISCOVERY CUT-OFF DATE UNDER THE CASE MANAGEMENT ORDER** |

STIPULATION TO AMEND THE CASE
MANAGEMENT CONFERENCE ORDER
Case No. C 05-04696 WHA

**STIPULATION**

WHEREAS Plaintiffs and Defendants are working together on scheduling and completing the remaining four depositions of Defendants pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and Plaintiffs' pending Requests for Inspection;

WHEREAS the current cut-off date for fact discovery is Tuesday, March 31, 2009,

WHEREAS to facilitate scheduling, the parties would like to have the entire work week beginning March 30, 2009 within which to conduct the remaining depositions, and until April 7, 2009 to prepare for and conduct the inspections;

ACCORDINGLY, pursuant to Civil Local Rules 6-1(b) and 6-2(a), the parties through their respective attorneys of record hereby stipulate to, and respectfully propose that this Court adopt, a one week extension of the close of fact discovery as set forth in the Revised Case Management Order (Docket No. 148) from Tuesday, March 31, 2009 to Tuesday, April 7, 2009, for the limited purposes set forth hereunder. The parties agree that the close of fact discovery for all other matters will remain on March 31.

The parties agree that the extension of the date for close of fact discovery to April 3, 2009 is for the limited purpose of completing the Rule 30(b)(6) depositions of Defendants and the extension of the date for close of fact discovery to April 7, 2009 is for the limited purpose of completing Plaintiffs' requests for inspection.

All other dates under the Federal Rules of Civil Procedure and the Case Management Order shall not be affected by this amendment.

This Court previously issued an order (Docket No. 148) on December 12, 2009 granting the parties' joint motion to amend the case management schedule set forth on February 29, 2008 (Docket Nos. 59) as follows: the non-expert discovery cut-off date was amended to March 31, 2009; the last date for designation of expert testimony and disclosure of full expert reports was amended to March 31, 2009; the last date to file dispositive motions was amended to June 15, 2009; the date of the final pretrial conference was amended to August 24, 2009; and the first date of bench trial was amended to

STIPULATION TO AMEND THE CASE
MANAGEMENT CONFERENCE ORDER
Case No. C 05-04696 WHA

1

September 8, 2009. On January 23, 2009, the Court issued an order amending the last date to file dispositive motions to June 18, 2009 (Docket No. 152).

Dated: March 26, 2009           By: /s/ Marilee C. Wang
                                    Marilee C. Wang

                                Howrey LLP
                                1950 University Avenue, 4th Floor
                                East Palo Alto, CA 94303
                                Telephone: (650) 798-3500
                                Facsimile: (650) 798-3600

                                Attorneys for Plaintiffs

Dated: March 26, 2009           By: /s/ Scott Risner

                                United States Department of Justice
                                Civil Division, Federal Programs Branch
                                20 Massachusetts Avenue, N.W.
                                Washington, D.C. 20530
                                (202) 514-2395 (telephone)
                                (202) 616-8470 (fax)
                                scott.risner@usdoj.gov

                                Attorneys for Defendants

**ORDER**

Pursuant to the parties' stipulation, and for good cause appearing, it is SO ORDERED.

Dated:   March 27, 2009

                                _____
                                Honorable
                                United States Judge William Alsup

STIPULATION TO AMEND THE CASE                2
MANAGEMENT CONFERENCE ORDER
Case No. C 05-04696 WHA

| | |
|---|---|
| 1 | **Filer's Attestation** |
| 2 | I, Scott Risner, am the ECF User whose identification and password are being used to file |
| 3 | this Stipulation to Amend the Joint Case Management Statement. Pursuant to General Order No. |
| 4 | 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has |
| 5 | been obtained from Marilee C. Wang. |
| 6 | Dated: March 26, 2009 |
| 7 | |
| 8 | By:    */s/ Scott Risner* |

STIPULATION TO AMEND THE CASE
MANAGEMENT CONFERENCE ORDER
Case No. C 05-04696 WHA

3