IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN COUNCIL OF THE BLIND, a
District of Columbia non-profit corporation,
TAMMY RENEE COOPER, SCARLETT MILES,
MARVELENA QUESADA, ARLENE
DOHERTY, ALICE MARJORIE DONOVAN,
BILLIE JEAN KEITH, GEORGE P. SMITH, and
DOROTHY JACKSON on behalf of themselves
and all others similarly situated,

    Plaintiffs,

  v.

MICHAEL ASTRUE, Commissioner of the Social
Security Administration, in his official capacity,
and SOCIAL SECURITY ADMINISTRATION,

    Defendants.
                                              /

No. C 05-04696 WHA

**ORDER SETTING
HEARING ON
PLAINTIFFS'
DISCOVERY DISPUTE**

        The Court is in receipt of plaintiffs' letter of April 7, 2009, concerning a discovery dispute and hereby **SETS** a further meet-and-confer in the Court's jury room for **APRIL 14, 2009, AT 8:00 A.M.** All remaining unsolved issues will be heard by the Court at **11:00 A.M.** on the same day in Courtroom 9. Defendants are requested to respond to plaintiffs' letter by **NOON ON APRIL 10, 2009**.

        **IT IS SO ORDERED.**

Dated: April 8, 2009.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE