1   Henry C. Su (SBN 211202; suh@howrey.com)
2   Marilee C. Wang (SBN 232432; wangm@howrey.com)
    Howrey LLP
3   1950 University Avenue, 4th Floor
    East Palo Alto, CA  94303
4   Telephone:  (650) 798-3500
    Facsimile:  (650) 798-3600
5

6   Attorneys for Plaintiffs

7   Marsha S. Edney (D.C. Bar)
    Daniel Riess (Texas Bar)
8   Scott Risner (Michigan Bar)
    United States Department of Justice
9   Civil Division, Federal Programs Branch
    20 Massachusetts Avenue, N.W.
10  Washington, D.C. 20530
11  Telephone:  (202) 514-2395
    Facsimile:  (202) 616-8470
12  marsha.edney@usdoj.gov

13  Attorneys for Defendants

14

15                  UNITED STATES DISTRICT COURT

16      NORTHERN DISTRICT OF CALIFORNIA: SAN FRANCISCO DIVISION

17  AMERICAN COUNCIL OF THE BLIND, a          Case No. C 05-04696 WHA
    District of Columbia non-profit corporation,
18  SCARLETT MILES, MARVELENA                 CLASS ACTION
    QUESADA, ARLENE DOHERTY, ALICE
19  MARJORIE DONOVAN, BILLIE JEAN             **STIPULATION AND [PROPOSED] ORDER
    KEITH, GEORGE P. SMITH, MARY ANN          TO EXCEED PAGE LIMITATION FOR
20  ALEXANDER, AND LAURA M. RUSSELL on        DISPOSITIVE MOTIONS**
    behalf of themselves and all others similarly
21  situated,

22                      Plaintiffs,

23           vs.

24  MICHAEL ASTRUE, Commissioner of the
25  Social Security Administration, in his official
    capacity, and SOCIAL SECURITY
26  ADMINISTRATION,

27                      Defendants.

28

STIPULATION TO EXCEED PAGE LIMITATION
FOR DISPOSITIVE MOTIONS
Case No. C 05-04696 WHA

1   **<u>STIPULATION</u>**

2        WHEREAS dispositive motions in this case are due to be filed no later than Thursday, June 18,

3   2009 (Docket No. 152);

4        WHEREAS the page limitation for dispositive motions is 25 pages pursuant to Civil Local Rule

5   7-2(b), the page limitation for opposition memoranda is 25 pages pursuant to Civil Local Rule 7-4(b),

6   and the page limitation for reply memoranda is 15 pages pursuant to Civil Local Rule 7-4(b);

7   WHEREAS both parties intend to seek summary judgment on all issues in this complex case;

8        WHEREAS to ensure that both parties have the opportunity to fully address and properly

9   explain to the Court the substance of the issues, and to allow both parties to fully and adequately

10  respond to the issues raised in the dispositive motions, the parties seek to extend the page limitations

11  for dispositive motions in this case, including the response and reply briefs;

12       ACCORDINGLY, pursuant to Civil Local Rules 7-10 and 7-11, the parties through their

13  respective attorneys of record hereby stipulate to, and respectfully propose that this Court allow the

14  parties to extend the page limitation to ~~50~~ 35 pages for dispositive motions and opposition memoranda,

15  and to ~~30~~ 15 pages for reply memoranda.

16  Dated:  June 11, 2009       By:  */s/ Marilee C. Wang*
                                    Marilee C. Wang

17

18                    Howrey LLP
                      1950 University Avenue, 4th Floor
                      East Palo Alto, CA  94303

19                    Telephone:  (650) 798-3500
                      Facsimile:  (650) 798-3600

20                    wangm@howrey.com

21                    Attorneys for Plaintiffs

22  Dated:  June 11, 2009       By:  */s/ Marsha S. Edney*
23                    Marsha S. Edney

24                    United States Department of Justice
                      Civil Division, Federal Programs Branch

25                    20 Massachusetts Avenue, N.W.
                      Washington, D.C. 20530

26                    (202) 514-2395 (telephone)
                      (202) 616-8470 (fax)

27                    marsha.edney@usdoj.gov

28                    Attorneys for Defendants

1

**<u>ORDER</u>**

2
      Pursuant to the parties' stipulation, and for good cause appearing, it is SO ORDERED.

3
Dated:    June 15, 2009

4

5
Honorable Willi

Un

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXCEED PAGE LIMITATION     2
FOR DISPOSITIVE MOTIONS
Case No. C 05-04696 WHA

1

**Filer's Attestation**

2
    I, Marilee C. Wang, am the ECF User whose identification and password are being used

3
to file this Stipulation to Exceed the Page Limitation.  Pursuant to General Order No. 45, § X(B),

4
I attest under penalty of perjury that concurrence in the filing of the document has been obtained

5
from Marsha S. Edney.

6
Dated:  June 11, 2009

7

8
                                        By:    _/s/ Marilee C. Wang_
                                                    Marilee C. Wang

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28