Henry C. Su (SBN 211202; suh@howrey.com)
Marilee C. Wang (SBN 232432; wangm@howrey.com)
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600

Attorneys for Plaintiffs

Marsha S. Edney (D.C. Bar)
Daniel Riess (Texas Bar)
Scott Risner (Michigan Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4520
Facsimile: (202) 616-8470
marsha.edney@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA: SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, MARY ANN ALEXANDER, AND LAURA M. RUSSELL on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>     vs.<br><br>MICHAEL ASTRUE, Commissioner of the Social Security Administration, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,<br><br>     Defendants. | Case No. C 05-04696 WHA<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING DEADLINES AND HEARING DATE FOR DISPOSITIVE MOTIONS** |

1

**STIPULATION**

2      WHEREAS dispositive motions in this case were filed on June 18, 2009 and must be heard on

3   a 35-day track schedule (Docket No. 152);

4      WHEREAS under the 35-day schedule, the parties' opposition briefs are due on July 2, 2009

5   and reply briefs are due on July 9, 2009 pursuant to Civil Local Rule 7-3;

6      WHEREAS under the 35-day schedule, the hearing date for dispositive motions is July 23,

7   2009;

8      WHEREAS the Court is unavailable on July 23, 2009;

9      ACCORDINGLY, the parties through their respective attorneys of record hereby stipulate to,

10   and respectfully propose that the Court set the hearing date for dispositive motions for July 30, 2009

11   and allow the parties to file their opposition briefs on July 7, 2009 and their reply briefs on July 16,

12   2009.

13   Dated:  June 24, 2009              By:  _/s/ Marilee C. Wang_____
                                            Marilee C. Wang
14

15                                          Howrey LLP
                                            1950 University Avenue, 4th Floor
16                                          East Palo Alto, CA  94303
                                            Telephone:  (650) 798-3500
17                                          Facsimile:  (650) 798-3600

18                                          Attorneys for Plaintiffs

19   Dated:  June 24, 2009              By: _/s/ Marsha S.  Edney_____

20                                          United States Department of Justice
                                            Civil Division, Federal Programs Branch
21                                          20 Massachusetts Avenue, N.W.
                                            Washington, D.C. 20530
22                                          (202) 514-4520 (telephone)
                                            (202) 616-8470 (fax)
23                                          marsha.edney@usdoj.gov

24                                          Attorneys for Defendants

25

26

27

28

1

**ORDER**

2

      Pursuant to the parties' stipulation, and for good cause appearing, it is SO ORDERED.

3

Dated:  June 24, 2009

4

_____

5

Honorable
United States

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Re Filing Deadlines and
Hearing Date For Dispositive Motions
Case No. C 05-04696 WHA

2

**Filer's Attestation**

I, Marsha S. Edney, am the ECF User whose identification and password are being used to file this Stipulation.  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Marilee C. Wang.

Dated:  June 24, 2009

By:   _/s/ Marsha S. Edney_