IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, TAMMY RENEE COOPER, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, DOROTHY JACKSON, MARY ANN ALEXANDER and LAURA M. RUSSELL, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

MICHAEL ASTRUE, Commissioner of the Social Security Administration, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,

    Defendants.
                                  /

No. C 05-04696 WHA

**ORDER RE NEW DATES FOR TRIAL AND FINAL PRETRIAL CONFERENCE**

The final pretrial conference is hereby changed to **SEPTEMBER 2, 2009, AT 2:00 P.M.** and the trial is now set for **SEPTEMBER 14, 2009, AT 7:30 A.M.** Please submit all pretrial papers no later than seven days prior to the final pretrial conference in accordance with the *Guidelines for Trial for Final Pretrial Conference Before Judge William Alsup*.

    **IT IS SO ORDERED.**

Dated: July 14, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE