Henry C. Su (SBN 211202)
Ann K. Miller (SBN 219138)
Sara E. Jenkins (SBN 230097)
Marilee C. Wang (SBN 232432)
Jennifer C. Lu (SBN 255820)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600

Arlene B. Mayerson (SBN 79310)
Larisa M. Cummings (SBN 131076)
Silvia Yee (SBN 222737)
Charlotte L. Lanvers (SBN 257814)
DISABILITY RIGHTS EDUCATION AND
DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, California 94710
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

*Attorneys for Plaintiffs*

Marsha S. Edney (D.C. Bar)
Scott Risner (Michigan Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-2395
Facsimile: (202) 616-8470

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA: SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, MARY ANN ALEXANDER, AND LAURA M. RUSSELL on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MICHAEL ASTRUE, Commissioner of the Social Security Administration, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendants. | Case No. C 05-04696 WHA<br><br>CLASS ACTION<br><br>[PROPOSED] **ORDER AUTHORIZING EQUIPMENT TO BE BROUGHT INTO THE COURTHOUSE FOR PURPOSE OF TRIAL**<br><br>Trial Date: September 14, 2009<br>Time: 8:00 a.m.<br><br>Courtroom: 9, 19th Floor<br>Judge: Hon. William H. Alsup |

1    WHEREAS this case is set for a bench trial commencing on September 14, 2009;

2    WHEREAS the parties intend to present evidence at trial using audio-visual equipment;

3    IT IS HEREBY ORDERED that the parties to the above-captioned matter, acting through their counsel and representatives, be permitted to bring document cameras (ELMOs), projectors, projector screens, laptop computers, audio cassette and CD players, audio speakers, LCD monitors and the related cables and switchers for displaying documents and presentations, and two small tables for equipment into Courtroom 9, 19th Floor, United States District Court, 450 Golden Gate Avenue; and

    IT IS FURTHER ORDERED that this order be in place from September 10, 2009, until the completion of trial.

Dated:  September 8, 2009          By:  /s/ Marilee C. Wang
                                        Marilee C. Wang

                                        Howrey LLP
                                        1950 University Avenue, 4th Floor
                                        East Palo Alto, CA  94303
                                        Telephone:  (650) 798-3500
                                        Facsimile:  (650) 798-3600

                                        Attorneys for Plaintiffs

Dated:  September 8, 2009          By: /s/Marsha S. Edney

                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Avenue, N.W.
                                        Washington, D.C. 20530
                                        (202) 514-2395 (telephone)
                                        (202) 616-8470 (fax)

                                        Attorneys for Defendants

Dated:  September 9, 2009          IT IS SO ORDERED
                                   _____
                                   WILLIAM ALSUP
                                   UNITED STATES DISTRICT JUDGE

[Proposed] Order Authorizing Equipment To Be          1
Brought Into The Courthouse For Purpose Of Trial Case
No. C 05-04696 WHA

**Filer's Attestation**

I, Marilee C. Wang, am the ECF User whose identification and password are being used to file this [Proposed] Order Authorizing Equipment to be Brought Into the Courthouse for Purpose of Trial. Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Marsha S. Edney.

Dated: September 8, 2009

By: */s/ Marilee C. Wang*
       Marilee C. Wang