IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, MARY ANN ALEXANDER, and LAURA M. RUSSELL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner of the Social Security Administration, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | No. C 05-04696 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of both certified classes and the named plaintiffs and against defendants with respect to the Rehabilitation Act claim. **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against both certified classes and the named plaintiffs with respect to the due process claim. No damages were sought in this case. Judgment is for injunctive and declaratory relief. The Court will retain jurisdiction, subject to further order, to supervise the injunctive and declaratory relief set forth in the accompanying order.

**IT IS SO ORDERED.**

Dated: October 20, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE