IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, et al., | No. C 05-04696 WHA |
| Plaintiffs, | |
| v. | **ORDER DENYING MASSIVE EXTENSION OF TIME TO FILE ATTORNEY'S FEE REQUEST** |
| MICHAEL ASTRUE, et al., | |
| Defendants. / | |

The massive extension sought to file for attorney's fees is **DENIED**. The Court has learned the hard way that such vague hopes to settle the issue often do not pan out and the Court forgets the details with the passage of time. So it is best to do the hard work necessary while it is fresh in everyone's memory. We will, however, break up the problem into two steps. The first step will be to establish entitlement. The second step will be to establish the amount, if entitlement is established. The deadline by which to establish entitlement will be November 10 (a one-week extension) to be heard on a normal 35-day track. A separate order will lay out the format for setting forth the fees.

**IT IS SO ORDERED.**

Dated: October 30, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE