1
2
3
4
5
6
7
8
9

**United States District Court**
For the Northern District of California

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN COUNCIL OF THE BLIND, a
District of Columbia non-profit corporation,
SCARLETT MILES, MARVELENA QUESADA,
ARLENE DOHERTY, ALICE MARJORIE
DONOVAN, BILLIE JEAN KEITH, GEORGE P.
SMITH, MARY ANN ALEXANDER, and
LAURA M. RUSSELL on behalf of themselves
and all others similarly situated,

        Plaintiffs,

  v.

MICHAEL ASTRUE, Commissioner of the Social
Security Administration, in his official capacity,
and SOCIAL SECURITY ADMINISTRATION,

        Defendants.
_____/

No. C 05-04696 WHA

**ORDER APPROVING JOINTLY
PROPOSED LANGUAGE FOR
NOTICE OF IMPLEMENTATION
OF JUDGMENT**

      Having reviewed the stipulation and proposed notice submitted by the parties, the Court

finds that the form and content of the proposed notice, which informs recipients and authorized

persons shown in defendants' records to be blind or visually impaired of their rights to receive

and request alternative forms of communication from the SSA, conform to the requirements set

forth by the Court in its findings of fact and law.

      Specifically, the proposed notice: (1) adequately advises recipients of the availability of

two new alternatives (Braille and navigable Microsoft Word CD) ordered by the Court and the

dates that they will be available; (2) adequately communicates to recipients that they

do *not* have the option to receive existing "Special Notice Policy" notices (e.g. a follow-up telephone call) in addition to the new court-ordered alternatives; and (3) adequate informs recipients of their procedural rights under Section 85.51 to request alternative notice formats, including the right to a written response from the SSA and the right to appeal an adverse decision by the SSA.

Accordingly, since the language in the proposed notice satisfies the requirements set by the Court, the proposed notice language is hereby **APPROVED**.

**IT IS SO ORDERED.**

Dated:  November 30, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE