IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, MARY ANN ALEXANDER, and LAURA M. RUSSELL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner of the Social Security Administration, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,<br><br>Defendants. | No. C 05-04696 WHA<br><br>**ORDER SETTING HEARING DATE OF JANUARY 14, 2010 REGARDING REVISED IMPLEMENTATION PLAN** |

Defendants' revised implementation plan that outlines the procedures the Social Security Administration will undertake to effectuate the Court's judgment (Dkt. No. 345), plaintiffs' objections thereto (Dkt. No. 346), and defendants' response (Dkt. No. 349) have been received by the undersigned. To provide the parties with adequate notice, a hearing is hereby scheduled to discuss this matter on **JANUARY 14, 2010, AT 8:00 A.M.** This hearing date, however, may be vacated if an appropriate resolution of this dispute can be reached on the papers.

**IT IS SO ORDERED.**

Dated: December 29, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE