IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN COUNCIL OF THE BLIND, a
District of Columbia non-profit corporation,
SCARLETT MILES, MARVELENA QUESADA,
ARLENE DOHERTY, ALICE MARJORIE
DONOVAN, BILLIE JEAN KEITH, GEORGE P.
SMITH, MARY ANN ALEXANDER, and
LAURA M. RUSSELL on behalf of themselves
and all others similarly situated,,

    Plaintiffs,

  v.

MICHAEL ASTRUE, Commissioner of the Social
Security Administration, in his official capacity,
and SOCIAL SECURITY ADMINISTRATION,

    Defendants.
                                           /

No. C 05-04696 WHA

CLASS ACTION

**ORDER REGARDING MOTION TO AMEND FINDINGS OF FACT AND CONCLUSIONS OF LAW**

On December 24, 2009, defendants noticed and filed a motion to amend the undersigned's findings of fact and conclusions of law with respect to modifying the compliance deadline of April 15, 2010 (Dkt. No 348). Specifically, defendants seek to extend the timeline to allow for a phased implementation plan due to the complexity of the various ways notices are sent to social security recipients. The hearing on this motion is set for January 28, 2010. Plaintiffs, however, expressly stated in their objections to defendants' proposed implementation plan that they "do not object to [d]efendants' request" for "an extension of timelines" (Dkt. No. 346).

Notwithstanding this clear statement, plaintiffs are reminded that if they do not oppose the December 24 motion filed by defendants to modify the April deadline, they must *still* file a statement of non-opposition by January 7, 2010, pursuant to Civil Local Rule 7-3(b).

**IT IS SO ORDERED.**

Dated: January 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE