IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, MARY ANN ALEXANDER, AND LAURA M. RUSSELL on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security Administration, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,<br><br>      Defendants. | No. C 05-04696 WHA<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING JOINT NOTICE OF SETTLEMENT OF ATTORNEY'S FEES** |

The undersigned has received the joint notice of settlement regarding the parties' dispute over attorney's fees. The parties will have **UNTIL NOON ON FRIDAY, APRIL 9, 2010**, to obtain the approvals necessary and file their joint stipulation regarding the proposed agreement. If a joint stipulation is not filed by that deadline, a special master will be appointed pursuant to the prior orders issued by the Court.

**IT IS SO ORDERED.**

Dated: February 9, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE