1 COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, MARY ANN ALEXANDER, AND LAURA M. RUSSELL on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MICHAEL ASTRUE, Commissioner of Social Security, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendants. | Case No. C 05-04696 WHA<br><br>**STIPULATION UNDER CIVIL LOCAL RULE 6-2 TO SHORTEN TIME FOR HEARING ON DEFENDANTS' MOTION TO AMEND ORDER AMENDING COMPLAINCE SCHEDULE**<br><br>Date: April 8, 2010<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge: Hon. William H. Alsup |

WHEREAS, on this day, Defendants filed a Notice of Motion and Motion to Amend Order Amending Compliance Schedule (Dkt. No. 368);

WHEREAS Civil Local Rule 7-2(a) requires the motion to be noticed for hearing not less than 35 days after service of the motion;

ACCORDINGLY, Plaintiffs American Council of the Blind, *et al.*, and Defendants Michael Astrue and the Social Security Administration, pursuant to Civil Local Rule 6-2, hereby STIPULATE to shortening the time under Civil Local Rule 7-2(a) for the hearing on the parties' Motion on the following grounds:

1. Defendants' Motion seeks relief from a compliance deadline currently set for April 15, 2010, and the standard 35-day notice period would require Defendants' Motion to be noticed for hearing on April 29, 2010.

2. The standard 35-day notice period is unnecessary in this instance because the parties also agree to submit any subsequent briefing on Defendants' Motion on an expedited schedule.

3. Shortening the time to hear the parties' Motion alone will have no effect on other deadlines in this case.

4. Justice and efficiency would be best served by having the parties' Motion noticed and heard on an expedited schedule, *i.e.*, on April 8, 2010, at 8:00 a.m., with Plaintiffs' opposition to the motion, if any, due on April 1, 2010, and Defendants' reply, if any, due on April 5, 2010.

Dated: March 25, 2010.                     Respectfully submitted,

By: _/s/ Charlotte L. Lanvers_____
Howrey LLP
Henry C. Su (SBN 211202; suh@howrey.com)
1950 University Avenue, 4th Floor
East Palo Alto, CA  94303
Telephone:  (650) 798-3500
Facsimile:  (650) 798-3600

Arlene B. Mayerson (SBN 79310; amayerson@dredf.org)
Larisa M. Cummings (SBN 131076; lcummings@dredf.org)
Silvia Yee (SBN 222737; syee@dredf.org)
Charlotte L. Lanvers (SBN 257814; clanvers@dredf.org)
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, INC.
2212 Sixth Street
Berkeley, California  94710
Telephone:  (510) 644-2555
Facsimile:  (510) 841-8645
Attorneys for Plaintiffs

By: */s/ Scott Risner*_____
TONY WEST
Assistant Attorney General
JUDRY SUBAR
Assistant Branch Director
MARSHA S. EDNEY(D.C. Bar)

Stipulation to Shorten Time for Hearing on
Defendants' Motion to Amend Order Amending
Compliance Schedule
Case No. C 05-04696 WHA

SCOTT RISNER (Michigan Bar)
DANIEL RIESS (Texas Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 514-2395 (telephone)
(202) 616-8470 (fax)
Scott.Risner@usdoj.gov
Attorneys for Defendants

Pursuant to the above Stipulation, IT IS SO ORDERED. Defendants' Motion to Amend Order Amending Compliance Schedule shall be heard on April 8, 2010, at 8:00 a.m.  Plaintiffs' response to the motion, if any, shall be due April 1, 2010, and Defendants' reply, if any, shall be due April 5, 2010.

Entered:  3/26/2010

The Honorable William Alsup

APPROVED
Judge William Alsup

Stipulation to Shorten Time for Hearing on
Defendants' Motion to Amend Order Amending
Compliance Schedule
Case No. C 05-04696 WHA

**FILER'S ATTESTATION**

I, Scott Risner, am the ECF user whose identification and password are being used to file this motion. Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Charlotte L. Lanvers.

Dated: March 25, 2010.  /s/ Scott Risner
Scott Risner

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March, 2010, I caused a true copy of the foregoing Stipulation Under Civil Local Rule 6-2 to Shorten Time for Hearing on Defendants' Motion to Amend Order Amending Compliance Schedule and [Proposed] Order to be served on Plaintiffs' counsel electronically by means of the Court's ECF system.

*/s/ Scott Risner*
Scott Risner