IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, a District of Columbia non-profit corporation, SCARLETT MILES, MARVELENA QUESADA, ARLENE DOHERTY, ALICE MARJORIE DONOVAN, BILLIE JEAN KEITH, GEORGE P. SMITH, MARY ANN ALEXANDER, AND LAURA M. RUSSELL, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>  v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security Administration, in his official capacity, and SOCIAL SECURITY ADMINISTRATION,,<br><br>           Defendants.<br>_____ / | No. C 05-04696 WHA<br><br>**ORDER REGARDING LETTER RECEIVED ON APRIL 13, 2012** |

The Court has received a lengthy letter from Stephanie Ramey concerning the Social Security Administration and information in Braille. The Court does not have the resources to copy the letter. Counsel are requested to come to the Court and receive the letter through Courtroom Deputy Dawn Toland. Afterward, counsel shall meet and confer, and advice on how this letter should be addressed. Please address whether the Court has jurisdiction to take action on this letter. Please do this by **APRIL 30, 2012**.

**IT IS SO ORDERED.**

Dated: April 16, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE